**J. V. LANE & CO., Inc., Appellee, v. THE Barge ERNEST S. CROSBY, Appellant.**

**No. 261.**

Circuit Court of Appeals, Second Circuit.

March 11, 1935.

Purdy & Purdy, of New York City (Edmund F. Lamb and John E. Purdy, both of New York City, of counsel), for appellant.

De Forest, Cullom & Elder, of New York City (James E. Freehill, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Appeal (9 F. Supp. 39) dismissed under the authority of Schoenamsgruber v. Hamburg American Line, 55 S. Ct. 475, 79 L. Ed. ——, March 4, 1935.